**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JESUS MARTINEZ, )<br>                    )<br>          Plaintiff, )<br>                    )<br>     v.            )<br>                    )<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social )<br>Security, )<br>                    )<br>          Defendant. )<br>_____ ) | NO.  CV 14-6629-AS<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED:  January 13, 2016.


                                    /s/
                         _____
                              ALKA SAGAR
                         UNITED STATES MAGISTRATE JUDGE